FILED IN CHAMBERS
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEC 20 2016

By: JAMES N. HATTEN, Clerk

Deputy Clerk

YSAIAS ESPINOSA,          )
                          )
    Plaintiff,            )
                          )
                          ) Civil Action No:1:16-cv-02620-WSD
v.                        )
                          )
PURE AIR FILTRATION, LLC, and )
KEVIN JAMESON             )
                          )
    Defendants.           )

## ORDER APPROVING SETTLEMENT
## AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Approve

Settlement and Dismissal with Prejudice. For good cause shown, it is hereby

ORDERED that the settlement of this matter is approved and the above matter is

dismissed with prejudice.

SO ORDERED, this 20ᵗʰ day of December, 2016.

William S. Mph

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE